Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| United States of America<br>v.<br>Dajanique Nche Marshall<br><br>*Defendant* | )<br>)<br>)   Case No.   1:20-cr-68-06<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Dajanique Nche Marshall _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   06/04/2020 _____

City and state:   Bismarck, ND

*/s/ Carla Schultz*
*Issuing officer's signature*

Carla Schultz, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 6/4/2020 , and the person was arrested on *(date)* 7/8/2020 <br> at *(city and state)* DETROIT, MI . | |
| Date:   7/8/2020 | _____<br>*Arresting officer's signature*<br><br>AMANDA LEWIS, DUSM<br>*Printed name and title* |