PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:20CR00068-6 |
| | ) | |
| Dajanique Nche Marshall | ) | |

COMES NOW, BOBBY WISEMAN, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Dajanique Nche Marshall who was placed under pretrial release supervision by the Honorable Clare R. Hochhalter, Magistrate Judge, sitting in the Court at, Bismarck on, August 3, 2020 under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. 14135a.

3. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

4. The defendant must appear in court as required and must surrender to serve any sentence imposed.

5. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

6. The defendant must report, as directed, to Pretrial Services.

7. The defendant must continue or actively seek employment.

8. The defendant must abide by the following restrictions on personal association, place of abode, or travel: travel restricted to state of Michigan and DND for court appearances.

9. The defendant must not possess a firearm, destructive device, or other dangerous weapon.

10. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practioner.

PS 8
(Rev. 2/2013)
Marshall, Dajanique
0868 1:20CR00068

11. The defendant must submit to any testing required by the pretrial services office or supervising officer to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

12. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

13. The defendant must clear warrant within 90 days of release. Appear in the District of North Dakota as ordered by the Court.

14. The defendant shall not knowingly or intentionally have any direct or indirect contact with any witnesses or co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person as in necessary in the furtherance of the defendant's legal defense.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 8**: On August 27, 2020, the defendant boarded Delta Airline's flight 1283, from Detroit to Minneapolis, for a connecting flight, to the final destination of LAX (California). The one-way ticket was purchased on this date by Jerrell Warren. Officer Monte, with the DEA Task Force, confirmed that the defendant boarded the flight and advised him that she was going on vacation to California for an unknown amount of time. The defendant did not have permission nor advise her supervising USPO of any travel plans to California or elsewhere. This is believed to be in violation of condition #8, as listed above.

PRAYING THAT THE COURT WILL ORDER: A warrant be issued for the arrest of Dajanique Marshall Nche Marshall and a hearing be held to determine if she violated the condition of her Pretrial Release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/Bobby Wiseman                    08/27/2020
U.S. Pretrial Services Officer
Place: Bismarck, ND

PS 8
(Rev. 2/2013)
Marshall, Dajanique
0868 1:20CR00068

## ORDER OF THE COURT

Considered and ordered this 27th day of, August, 2020 and ordered filed and made a part of the record in the above case.

- ☑ Warrant to be issued
- ☐ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

Clare R. Hochhalter
U.S. Magistrate Judge